STATE OF NEBRASKA, APPELLEE, v. M. L. MILLER, APPELLANT.
198 N. W. 2d 184

Filed June 16, 1972. No. 38458.

M. L. Miller, pro se.

Clarence A. H. Meyer, Attorney General, and Ralph H. Gillan, for appellee.

Heard before SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

SMITH, J.
Affirmed. See Rule 20.

AFFIRMED.